329 So.2d 132

In re Robert HILL

v.

STATE.

Ex parte Robert Hill.

SC 1738.

Supreme Court of Alabama.

April 2, 1976.

Bryant F. Williams, Jr., Ozark, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Robert Hill for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Hill v. State,* 57 Ala.App. 437, 329 So.2d 126.

WRIT DENIED.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

323 So.2d 425

In re Charlie HOBDY

v.

CITY OF FLORALA.

Ex parte City of Florala ex rel.
J. Allen COOK.

SC 1552.

Supreme Court of Alabama.

Nov. 26, 1975.

J. Allen Cook, Andalusia, for petitioner.

No appearance for respondent.

BLOODWORTH, Justice.

Petition of the City of Florala by its Attorney, J. Allen Cook for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Hobdy v. City of Florala,* 56 Ala.App. 536, 323 So.2d 421.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.